IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SHERARD HOPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv239-MHT |
| | ) | (WO) |
| WALTER WOODS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), plaintiff, who was at the time a federal prisoner, filed this lawsuit contending that defendants subjected him to unconstitutional conditions of confinement by failing to eradicate quickly a colony of bats living in the roof spaces of his housing unit, which posed a particular health threat to him due to a respiratory condition. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted for plaintiff's failure to exhaust administrative remedies, that this case be

dismissed with prejudice, and that no costs be taxed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of February, 2021.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**