IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHERARD HOPE,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:18cv239-MHT
                               )          (WO)
WALTER WOODS, et al.,          )
                               )
    Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 54) is adopted.

(2) Defendants' motion to dismiss (Doc. 23 & Doc. 32) is granted to the extent that defendants seek dismissal of this case due to plaintiff's failure to exhaust properly an administrative remedy available to him during his confinement at FPC Montgomery before initiating this civil action.

(3) This lawsuit is dismissed with prejudice under 42 U.S.C. § 1997e(a) for failure to exhaust an administrative remedy.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2021.

                                              /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**